UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAPORT LIGHTING, INC.

Plaintiff,

-v-

TAPPAN ZEE CONSTRUCTORS, LLC, et al.

Defendant.

Case No. 7:20-cv-03018-PMH

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WELSBACH ELECTRIC CORP. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

EMCOR GROUP, INC., traded on the New York Stock Exchange

**Date:** May 20, 2020

Signature of Attorney

**Attorney Bar Code:** (EB-8520)

Form Rule7_1.pdf  SDNY Web 10/2007